

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2015

No. 04-15-00114-CV

Hari Prasad **KALAKONDA** and Latha Kalakonda,
Appellants

v.

**ASPRI INVESTMENTS, LLC**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16394
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellants' motion for extension of time to file a motion for rehearing is GRANTED. Any motion for rehearing filed by appellants must be filed by January 11, 2016.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2015.

Keith E. Hottle
Clerk of Court